ROBERT C. NISENSON
ROBERT C. NISENSON, LLC
10 AUER COURT
SUITE E
EAST BRUNSWICK, NJ 08816

Re: NELSON GALARZA
324-326 HALSEY ST
PLAINFIELD, NJ 07060

Atty: ROBERT C. NISENSON
ROBERT C. NISENSON, LLC
10 AUER COURT
SUITE E
EAST BRUNSWICK, NJ 08816

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026
**Chapter 13 Case # 24-10057**

## RECEIPTS AS OF 01/15/2026

(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/18/2024 | $510.00 | 1007611300 | 12/03/2024 | $510.00 | 1010012100 |
| 01/06/2025 | $510.00 | 1014803800 | 02/04/2025 | $571.00 | 1018966200 |
| 03/04/2025 | $571.00 | I1V5GDPRTZ-Plan | 04/03/2025 | $571.00 | I1VTGSDS51-Plan |
| 05/12/2025 | $571.00 | | 06/10/2025 | $571.00 | |
| 07/14/2025 | $571.00 | | 08/11/2025 | $571.00 | |
| 09/15/2025 | $571.00 | | 10/14/2025 | $571.00 | |
| 11/18/2025 | $571.00 | | 12/09/2025 | $571.00 | |
| 01/12/2026 | $571.00 | | | | |

**Total Receipts: $8,382.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $8,382.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026

(Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| MITCHELL MALZBERG ESQ. | | | | | | |
| | 02/10/2025 | $1,212.77 | 940,742 | 03/17/2025 | $452.61 | 942,163 |
| | 04/14/2025 | $452.61 | 943,598 | 05/12/2025 | $452.61 | 945,054 |
| | 06/16/2025 | $914.84 | 946,473 | 08/18/2025 | $914.85 | 949,278 |
| | 09/16/2025 | $457.42 | 950,620 | 10/20/2025 | $452.61 | 952,076 |
| | 12/15/2025 | $905.21 | 954,933 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 474.37 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,500.00 | 100.00% | 1,155.36 | 344.64 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 2,607.34 | 100.00% | 0.00 | 2,607.34 |
| 0002 | CAPITAL ONE NA | UNSECURED | 1,214.10 | 100.00% | 0.00 | 1,214.10 |
| 0003 | QUANTUM3 GROUP LLC | UNSECURED | 5,664.16 | 100.00% | 0.00 | 5,664.16 |

**Chapter 13 Case # 24-10057**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0004 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 289.42 | 100.00% | 0.00 | 289.42 |
| 0005 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 2,394.78 | 100.00% | 0.00 | 2,394.78 |
| 0006 | CAVALRY SPV I LLC | UNSECURED | 4,479.98 | 100.00% | 0.00 | 4,479.98 |
| 0007 | FINANCIAL RESOURCES FCU | VEHICLE SECURI | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | JACOB A DEUTSCH | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | MIDFIRST BANK | (NEW) Prepetition A | 1,295.43 | 100.00% | 0.00 | 1,295.43 |
| 0010 | SERVBANK NA | (NEW) Prepetition A | 301.26 | 100.00% | 0.00 | 301.26 |
| 0011 | SECRETARY OF HOUSING & URBAN DEV | (NEW) Prepetition A | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | AARON'S SALES & LEASE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | APOTAKER AND SCIAN PC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0014 | BARCLAYS BANK/OLD NAVY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0015 | CALIBER HOME LOANS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0016 | CONSUMER PORTFOLIO SVC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0017 | FINANCIAL RESOURCES FCU | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0018 | LENDINGPOINT LLC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0019 | MIDLAND MORTGAGE CO | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0020 | NESTOR LOPEZ | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0021 | ONEMAIN FINANCIAL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0022 | PMUA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0023 | PSE&G | UNSECURED | 881.52 | 100.00% | 0.00 | 881.52 |
| 0024 | SYNCHRONY BANK/CARE CREDIT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0025 | SYNCHRONY BANK/TJX | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0026 | SYNCHRONY BANK/PC RICHARDS & SON | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0027 | TSI TRANSWORLD SYSTEMS INC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0028 | VERIZON WIRELESS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0029 | MITCHELL MALZBERG ESQ. | ADMINISTRATIVI | 8,069.60 | 100.00% | 6,215.53 | 1,854.07 |

**Total Paid: $7,845.26**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 16, 2026.

Receipts: $8,382.00 - Paid to Claims: $6,215.53 - Admin Costs Paid: $1,629.73 = Funds on Hand: $536.74

****NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.