UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Stern, Lavinthal & Frankenberg, LLC
103 Eisenhower Parkway, Suite 100
Roseland, New Jersey 07068-0490
Telephone Number (973) 797-1100
Facsimile Number (973) 228-2679
Email: mcozzini@sternlav.com
*Attorneys for Creditor,*
Lakeview Loan Servicing, LLC
By: Maria Cozzini, Esq.

In Re:

   Nelson Galarza

              Debtor(s).

Judge: John Sherwood, U.S.B.J.

Chapter 13

Case No.: 24-10057-JKS

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an

appearance in this case on behalf of Lakeview Loan Servicing, LLC.  Request is made that the

documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

   103 Eisenhower Parkway - Suite 100
   Roseland, NJ  07068

DOCUMENTS:

☑  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☑  All documents and pleadings of any nature.

DATED:  March 9, 2026                                  Stern Lavinthal & Frankenberg LLC


By: /s/ *Maria Cozzini*
   Maria Cozzini, Esq.

*new.8/1/15*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Stern, Lavinthal & Frankenberg, LLC
103 Eisenhower Parkway, Suite 100
Roseland, New Jersey  07068-0490
Telephone Number (973)797-1100
Telecopier Number (973)228-2679
Email: mcozzini@sternlav.com
*Attorneys for Creditor,*
Lakeview Loan Servicing, LLC
By: Maria Cozzini, Esq.

In Re:

        Nelson Galarza

                                Debtor(s)

Judge: John Sherwood, U.S.B.J.

Chapter 13

Case No.: 24-10057-JKS

**CERTIFICATION OF SERVICE**

1.  I,  Angela Lisa:

    ☐  represent the _____ in the above-captioned matter.

    ☑  am the secretary/paralegal for Stern, Lavinthal & Frankenberg, LLC, who represents the

        Creditor in the above captioned matter.

    ☐  am the _____ in the above case and am representing myself.

*1.*  On March 9, 2026, I sent a copy of the following pleadings and/or documents to the parties

    listed in the chart below: *Notice of Appearance*

2.  I hereby certify under penalty of perjury that the above documents were sent using the mode

    of service indicated.

                            */s/   Angela Lisa*
                            Angela Lisa

Dated:  March 9, 2026

202600106

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Nelson Galarza<br>324-326 Halsey St<br>Plainfield, NJ 07060 | Debtor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Robert C. Nisenson<br>Robert C. Nisenson, LLC<br>10 Auer Court<br>Suite E<br>East Brunswick, NJ 08816 | Debtor's Counsel | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Road<br>Suite 330<br>Fairfield, NJ  07004 | Trustee | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.