**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ 07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

NELSON GALARZA

**Case No.: 24-10057**

**Adv. No.:**

**Hearing Date: 12/10/2026**

**Judge: TBA**

**CERTIFICATION OF SERVICE**

1. I, Keith Guarneri, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 10/28/2026, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Notice of Motion to Reconvert**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

---

Debtor:
NELSON GALARZA
324-326 HALSEY ST
PLAINFIELD, NJ 07060
Mode of Service: Regular Mail

---

Attorney for Debtor(s):
ROBERT C. NISENSON
ROBERT C. NISENSON, LLC
10 AUER COURT
SUITE E
EAST BRUNSWICK, NJ 08816
Mode of Service: ECF and/or Regular Mail

---

OFFICE OF THE UNITED STATES TRUSTEE
Mode of Service: Notice of Electronic Filing (NEF)

---

Dated: October 28, 2026

By: /S/ Keith Guarneri
Keith Guarneri